678 A.2d 261

IN THE MATTER OF SCOTT E. KAPLAN,
AN ATTORNEY AT LAW.

July 15, 1996.

## ORDER

SCOTT E. KAPLAN of BORDENTOWN, who was admitted to the bar of this State in 1977, having pleaded guilty to mail fraud in violation of 18 *U.S.C.A.* 1343 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), SCOTT E. KAPLAN is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that SCOTT E. KAPLAN be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that SCOTT E. KAPLAN comply with *Rule* 1:20–20 dealing with suspended attorneys.